STATE OF CONNECTICUT *v.* HARRY RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 606 (AC 16218), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided October 22, 1998

DREW FRIEDMAN *v.* MILLPIT CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 49 Conn. App. 354 (AC 16753), is denied.

*Richard J. Shapiro,* in support of the petition.

*Hale C. Sargent,* in opposition.

Decided October 22, 1998

STATE OF CONNECTICUT *v.* EDWARD
KRUELSKI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 553 (AC 16967), is granted, limited to the following issue: